IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEWAYNE WARD,

    Petitioner,

v.                                           CASE NO. 1:11-cv-00112-MP-GRJ

STATE OF FLORIDA,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that the petition be dismissed as successive. The time for filing objections has passed, and none have been filed. The Court agrees that petitioner should have first sought permission from the Eleventh Circuit to file a second petition, but did not. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

    2.    This case is dismissed and the Clerk is directed to close the file.

    **DONE AND ORDERED** this *25th* day of July, 2011

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge